UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CIV 3863**

XACTA 3000, INC.,

        Plaintiff,

    v.

TV MARKETPLACE LLC d/b/a
YOUR STORE ONLINE,

        Defendant.

Civil Action No.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Xacta 3000, Inc. hereby states that it does not have any parent corporation and that there are no publicly-held corporations which own 10% or more of its stock.

Dated: April 23, 2008

KATTEN MUCHIN ROSENMAN LLP

By: _____
Michael F. Sarney (MS3755)
Samson Helfgott (SH3614)

575 Madison Avenue
New York, New York 10022
Tel: (212) 940-8800

Attorneys for Plaintiff

84289014_1