

# Katten
Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.6400 fax

Michael F. Sarney
michael.sarney@kattenlaw.com
212.940.8698 direct
212.894.5798 fax

June 23, 2008

Via Facsimile (212) 805-7932

Hon. Theodore H. Katz
United States Magistrate Judge
Southern District of New York
United States Court House
500 Pearl Street, , Room 16600
New York, NY 10007

Re: Xacta 3000, Inc. v. TV Marketplace LLC
    08 CV 3863 (BSJ)(THK)
    Our Ref.: 100792-00160

Dear Judge Katz:

Counsel for the parties in the above-referenced action hereby jointly submit this request for an additional 14-day extension of time for defendant to answer or otherwise respond to the Complaint, until July 7, 2008. Plaintiff had previously agreed to defendant's request for a first extension of time until today, June 23, 2008. The parties have been engaged in settlement discussions and plaintiff has agreed to defendant's request for the additional extension of time in order to enable the parties to continue their settlement negotiations and hopefully reach a final resolution of this matter.

Respectfully,

Michael F. Sarney
Attorney for Plaintiff

Mitchell R. Olsen
Attorney for Defendant

Granted.

6/23/08

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE

NEW YORK  CHARLOTTE  CHICAGO  IRVING  LONDON  LOS ANGELES  PALO ALTO  WASHINGTON, DC  WWW.KATTENLAW.COM
LONDON AFFILIATE: KATTEN MUCHIN ROSENMAN CORNISH LLP
A limited liability partnership including professional corporations