UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XACTA 3000, INC., | ) |
| Plaintiff, | ) 08 CV 3863 (BSJ)(THK) |
| v. | ) **NOTICE OF DISMISSAL** |
| TV MARKETPLACE LLC d/b/a YOUR STORE ONLINE, | ) |
| Defendant. | ) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, Xacta 3000, Inc. hereby dismisses this action without prejudice.

July 7, 2008

XACTA 3000, INC.

By: *[signature]*
Michael F. Sarney (MS3755)

KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York  10022-2585
Tel. (212) 940-8968
Fax. (212) 940-8987

Attorneys for Plaintiff

84305930